**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7277**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID ZEBROWSKI, a/k/a Dog, a/k/a Mad Dog,
a/k/a Lewis Brady, a/k/a David E. Stewart,
a/k/a Eric Smith,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (CR-96-41, CA-98-350)

─────────────

Submitted:  October 10, 2002        Decided:  October 21, 2002

─────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

David Zebrowski, Appellant Pro Se.  Mary Hannah Lauck, David John
Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia,
for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Zebrowski seeks to appeal the district court's orders denying his motion filed under Rule 60(b) of the Federal Rules of Civil Procedure and his motion seeking reconsideration. Insofar as Zebrowski raises issues in his Rule 60(b) motion concerning claims raised in his 28 U.S.C. § 2255 (2000) motion, we find Zebrowski did not show extraordinary circumstances warranting granting the Rule 60(b) motion filed approximately three years after the denial of his § 2255 motion. Accordingly, we conclude that Zebrowski has not made a substantial showing of the denial of a constitutional right. We deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>